UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

GEORGE SCHMIDT, MICHAEL THOMPSON, and JOHN JABARA, and JOHN DOES, similarly situated,

    Plaintiffs

v.

IAP WORLDWIDE SERVICES, INC., INTERNATIONAL ASSOCIATION OF MACHINISTS & AEROSPACE WORKERS, AFL-CIO, INDUSTRIAL LOCAL LODGE 1717,

    Defendants

CIVIL ACTION NO. 3:20-494

(JUDGE MANNION)

## ORDER

In accordance with the court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

(1). Attorney Pollick's motion for recusal, (Doc. 30), is **DENIED**.

*s/ Malachy E. Mannion*
MALACHY E. MANNION
United States District Judge

**DATE: November 19, 2020**
20-494-01